1
2
3
4
5                       **UNITED STATES DISTRICT COURT**

6                             **DISTRICT OF NEVADA**

7

8  LAN FANG CUI,                              )
                                              )
9                      Plaintiff,             )       Case No. 2:15-cv-00387-GMN-GWF
                                              )
10 vs.                                        )       **ORDER**
                                              )
11 NATIONAL DEFAULT SERVICING                 )
   CORPORATION and GREEN TREE                 )
12 SERVICING LLC,                             )
                                              )
13                     Defendants.            )
   _____)

14

15        This matter is before the Court on the Joint Motion to Stay Discovery (#19) filed May 13, 2015.

16 Upon review and consideration,

17        **IT IS ORDERED** that the Joint Motion to Stay Discovery (#19) is **granted**.  Discovery in this

18 matter is stayed pending a ruling on Defendants' Motion to Dismiss.

19        DATED this 14th day of May, 2015.

20

21                                            _____
                                             GEORGE FOLEY, JR.
22                                           United States Magistrate Judge

23

24

25

26

27

28