# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAN FANG CUI, | ) |
| Plaintiff, | ) Case No. 2:15-cv-00387-GMN-GWF |
| vs. | ) **ORDER** |
| NATIONAL DEFAULT SERVICING CORPORATION and GREEN TREE SERVICING LLC, | ) |
| Defendants. | ) |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Court granted a stay of discovery pending a decision on Defendants' Motion to Dismiss. The Court filed its Order regarding the Motion to Dismiss on October 21, 2015 (#23). Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **November 30, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

DATED this 18th day of November, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge