UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LAN FANG CUI,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION and GREEN TREE SERVICING LLC,<br><br>        Defendants. | Case No. 2:15-cv-00387-GMN-GWF<br><br>**ORDER** |

    This matter is before the Court on the Joint Proposed Discovery Plan and Scheduling Order (#26) filed November 30, 2015.  LR 26-1(e)(1) provides that unless otherwise ordered, discovery periods longer than one hundred eighty (180) days from the date the first defendant answers or appears will require special scheduling review.  Where such special scheduling review is requested, the plan shall state the reasons why longer or different time periods should apply.  The parties have not provided enough information to support their request for a discovery period in excess of 180 days.  The parties are to provide the Court with a description of discovery to be conducted and a reasonable amount of time to complete such discovery.  In the Joint Proposed Discovery Plan, the parties proposed 6 to 9 months for discovery; however, the August 30, 2016 date is beyond a 9 month period.  Accordingly,

    **IT IS HEREBY ORDERED** that the Discovery Plan and Scheduling Order (#15) is **denied**, without prejudice.

. . .

. . .

. . .

1	**IT IS FURTHER ORDERED** that the parties are to file a revised Discovery Plan and
2	Scheduling Order in compliance with LR 26-1(d), including a statement of the reasons why longer or
3	different time periods should apply to the case, within seven (7) days of the date of this order.
4	DATED this 1st day of December, 2015.

*[signature: George Foley Jr.]*
GEORGE FOLEY, JR.
United States Magistrate Judge