WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dnitz@wrightlegal.net
cmurphy@wrightlegal.net
*Attorneys for Defendant, Green Tree Servicing LLC n/k/a Ditech Financial LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAN FANG CUI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATIONS, an Arizona corporation; GREEN TREE SERVICING, LLC, a Delaware limited liability company; and DOES 1-10, and ROES1-10, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00387-GMN-GWF<br><br>**STIPULATION AND ORDER TO WITHDRAW DITECH'S MOTION FOR ATTORNEY'S FEES [ECF NO. 65]** |

COMES NOW Defendant Green Tree Servicing LLC n/k/a Ditech Financial LLC ("Ditech" or "Defendant"), and Plaintiff, Lan Fang Cui ("Cui" or "Plaintiff"), by and through their attorneys of record, and state and stipulate as follows:

1. This Court GRANTED Ditech's Motion for Summary Judgment [ECF No. 48] on September 12, 2017. [ECF No. 63].

2. Ditech filed a Motion for Attorney's Fees [ECF No. 65] on September 26, 2017.

3. On October 10, 2017, Cui filed a Notice of Appeal. [ECF No. 67].

4. On October 11, 2017, Cui filed an Opposition to Ditech's Motion for Attorney's Fees. [ECF No. 69].

5. Ditech filed a Reply in support of their Motion for Attorney's Fees, on October 18, 2017. [ECF No. 74].

6. The parties entered into a global settlement regarding this matter, pursuant to participation in the Ninth Circuit Court of Appeals Settlement Program.

7. The parties wish to resolve all outstanding matters regarding this case; therefore,

THE PARTIES HEREBY STIPULATE to withdraw Ditech's Motion for Fees [ECF No. 65], and all related pleadings.

| It is so stipulated: | It is so stipulated: |
|---|---|
| DATED this 6th day of March, 2018. | DATED this 6th day of March, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MONT E. TANNER |
| */s/ Corrine P. Murphy, Esq.* | */s/ Mont E. Tanner, Esq.* |
| Corrine P. Murphy, Esq. | Mont E. Tanner, Esq. |
| Nevada Bar No. 10410 | Nevada Bar No. 004433 |
| 7785 W. Sahara Avenue, Suite 200 | 2950 E. Flamingo Road, Suite G |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89121 |
| *Attorney for Defendant, Green Tree Servicing LLC n/k/a Ditech Financial LLC* | *Attorney for Plaintiff, Lan Fang Cui* |

**ORDER**

Based on the above stipulation by the parties,

IT IS SO ORDERED Ditech's Motion for Attorney's Fees [ECF No. 65] is withdrawn.

DATED  3/07/2018

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

WRIGHT, FINLAY & ZAK, LLP

*/s/ Corrine P. Murphy, Esq.*
Corrine P. Murphy, Esq.
Nevada Bar No. 10410
*Attorney for Defendant,
Green Tree Servicing LLC n/k/a Ditech Financial LLC*